IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDDIE MARLOW, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. H-18-4857 |
| v. | § | |
| | § | |
| GILBERT RODRIGUEZ, | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date,

this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the ___ day of January, 2019.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE